**Fill in this information to identify the case:**

Debtor 1  Sylvia P Timmons

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: District of South Carolina

Case number  17-03231-jw

Official Form 410S1

# Notice of Mortgage Payment Change                                             12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: MSE Sub I LLC                              Court claim no. (if known): 6

Last 4 digits of any number you use to
identify the debtor's account:        2  3  1  6

Date of payment change:
Must be at least 21 days after date     08/01/2019
of this notice

New total payment:                          $     781.79
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: Due to escrow surplus.

   Current escrow payment: $    256.66        New escrow payment: $    179.27

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %              New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
         (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____          New mortgage payment: $ _____

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

Debtor 1  **Sylvia P Timmons**
_First Name    Middle Name    Last Name_

Case number (if known) **17-03231-jw**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

_Check the appropriate box._

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _/s/ Magalie Creech_    Date  7/10/19
Signature

Print:  **Magalie A. Creech**    Title  **Attorney**
_First Name    Middle Name    Last Name_

Company  **Finkel Law Firm LLC**

Address  **1201 Main Street, Suite 1800**
_Number    Street_

**Columbia**    **SC**    **29201**
_City    State    ZIP Code_

Contact phone  **800-765-2935**    Email  **mcreech@finkellaw.com**

SN Servicing Corporation                      Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  July 08, 2019

SYLVIA TIMMONS                                              Loan:
154 REDWOOD CT
COLUMBIA SC  29223                         Property Address:
                                           154 REDWOOD COURT
                                           COLUMBIA, SC  29223

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Sept 2018 to July 2019. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Aug 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 602.52 | 602.52 |
| Escrow Payment: | 256.66 | 179.27 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $859.18 | $781.79 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Jul 01, 2019 |
| Escrow Balance: | (435.87) |
| Anticipated Pmts to Escrow: | 256.66 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | ($179.21) |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Starting Balance | 2,309.88 | (773.83) |
| Sep 2018 | 256.66 | 256.66 |  |  |  | 2,566.54 | (517.17) |
| Oct 2018 | 256.66 | 256.66 |  |  |  | 2,823.20 | (260.51) |
| Nov 2018 | 256.66 | 256.66 |  |  |  | 3,079.86 | (3.85) |
| Dec 2018 | 256.66 | 256.66 |  |  |  | 3,336.52 | 252.81 |
| Dec 2018 |  |  |  | 1,791.73 | * County Tax | 3,336.52 | (1,538.92) |
| Jan 2019 | 256.66 | 256.66 | 3,079.87 |  | * County Tax | 513.31 | (1,282.26) |
| Feb 2019 | 256.66 | 256.66 |  |  |  | 769.97 | (1,025.60) |
| Mar 2019 | 256.66 | 256.66 |  |  |  | 1,026.63 | (768.94) |
| Apr 2019 | 256.66 |  |  |  | * | 1,283.29 | (768.94) |
| Apr 2019 |  |  |  | 359.52 | * Forced Place Insur | 1,283.29 | (1,128.46) |
| May 2019 | 256.66 | 513.32 |  |  | * | 1,539.95 | (615.14) |
| Jun 2019 | 256.66 | 179.27 |  |  | * | 1,796.61 | (435.87) |
| Jul 2019 | 256.66 |  |  |  | * | 2,053.27 | (435.87) |
|  |  |  |  |  | Anticipated Transactions | 2,053.27 | (435.87) |
| Jul 2019 |  | 256.66 |  |  |  |  | (179.21) |
|  | $2,823.26 | $2,745.87 | $3,079.87 | $2,151.25 |  |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 3,079.87. Under Federal law, your lowest monthly balance should not have exceeded 513.31 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

SN Servicing Corporation   Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: July 08, 2019

SYLVIA TIMMONS                                              Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | (179.21) | 1,374.25 |
| Aug 2019 | 179.27 | | | 0.06 | 1,553.52 |
| Sep 2019 | 179.27 | | | 179.33 | 1,732.79 |
| Oct 2019 | 179.27 | | | 358.60 | 1,912.06 |
| Nov 2019 | 179.27 | | | 537.87 | 2,091.33 |
| Dec 2019 | 179.27 | | | 717.14 | 2,270.60 |
| Jan 2020 | 179.27 | 1,791.73 | County Tax | (895.32) | 658.14 |
| Jan 2020 | | 359.52 | Forced Place Insur | (1,254.84) | 298.62 |
| Feb 2020 | 179.27 | | | (1,075.57) | 477.89 |
| Mar 2020 | 179.27 | | | (896.30) | 657.16 |
| Apr 2020 | 179.27 | | | (717.03) | 836.43 |
| May 2020 | 179.27 | | | (537.76) | 1,015.70 |
| Jun 2020 | 179.27 | | | (358.49) | 1,194.97 |
| Jul 2020 | 179.27 | | | (179.22) | 1,374.24 |
| | $2,151.24 | $2,151.25 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 298.62. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 358.54 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (179.21). Your starting balance (escrow balance required) according to this analysis should be $1,374.25. This means you have a shortage of 1,553.46. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 2,151.25. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 179.27 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $179.27 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-03231-jw |
| | ) | Chapter 13 |
| Sylvia P Timmons, | ) | |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this __10__ day of __July__, 2019, I served a copy of the Notice of Mortgage Payment Change and Certificate of Service on the below-listed parties, by depositing same in the United States Mail with sufficient first-class postage affixed and addressed as indicated below:

Sylvia P Timmons
154 Redwood Court
Columbia, SC 29223

Daniel A. Stone
Stone Law Firm, LLC
PO Box 3884
Irmo, SC 29063

William K. Stephenson, Jr., Trustee (via ECF)
PO Box 8477
Columbia, SC 29202

*Tiffany Nelson*
Tiffany Nelson, Paralegal to
MAGGALIE A. CREECH, ESQ.
District Court ID No. 10871
Finkel Law Firm LLC
Post Office Box 1799
Columbia, South Carolina 29202
Phone (803) 765-2935
Fax (803) 252-0786
mcreech@finkellaw.com